point James L. Sultan, Esq., to brief the case denied. The order appointing Margaret P. Levy, Esq., entered December 4, 1989 [*ante,* p. 990], is vacated. Respondents are directed to file a single brief.

No. 89–213. PENNSYLVANIA *v.* MUNIZ. Super. Ct. Pa. [Certiorari granted, *ante,* p. 916.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 89–386. PORT AUTHORITY TRANS-HUDSON CORP. *v.* FEENEY; and PORT AUTHORITY TRANS-HUDSON CORP. *v.* FOSTER. C. A. 2d Cir. [Certiorari granted, *ante,* p. 932] Motion of Council of State Governments et al. for leave to file a brief as *amici curiae* granted.

No. 89–390. PENSION BENEFIT GUARANTY CORPORATION *v.* LTV CORP. ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 932.] Motions of American Society of Pension Actuaries, Armco et al., and Retired Employees Benefits Coalition, Inc., for leave to file briefs as *amici curiae* granted.

No. 89–564. GLOSEMEYER ET AL. *v.* MISSOURI-KANSAS-TEXAS RAILROAD ET AL. C. A. 8th Cir. Motion of National Association of Reversionary Property Owners for leave to file a brief as *amicus curiae* granted.

No. 89–5915. SMACZNIAK *v.* INTERNAL REVENUE SERVICE. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until January 29, 1990, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 89–5894. IN RE MORRIS. C. A. 6th Cir.;
No. 89–5943. IN RE MANCHESTER. C. A. 3d Cir.; and
No. 89–6233. IN RE SHELTON ET AL. C. A. 2d Cir. Petitions for writs of common-law certiorari denied.